UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CONNIE CANOY                                                                                   PLAINTIFF

V.                                             CIVIL ACTION NO. 3:24-CV-259-KHJ-MTP

UNITED STATES OF AMERICA                                                              DEFENDANT

ORDER

The parties have announced to the Court a settlement of this case, and the Court desires this matter to be closed on its docket.[1]

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice as to Defendant the United States of America. If any party fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorneys' fees and costs from this date will be awarded to the aggrieved party or parties against the party failing to execute or comply with the settlement agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED AND ADJUDGED, this 18th day of December, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Connie Canoy voluntarily dismissed without prejudice her claims against Defendant Gwendolyn Durr. Stipulation Voluntary Dismissal [8].